UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond L. Semler,                                       Civ. No. 11-2929 (JNE/LIB)

      Plaintiff,

v.                                                                **ORDER**

JOHN P. DRENNAN, former Chief of
Police for Crosby Police Department,
RICK KOOP, Chief Investigator for Crosby
Police Department, and
MARY ALICE NORDIN,

      Defendants.

_____

For the reasons set forth in the magistrate judge's Report and Recommendation dated October 17, 2011 and upon the request of the plaintiff, filed October 31, 2011, this action is dismissed without prejudice.

DATED: November 3, 2011

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Court